**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT NICOLAISEN,<br><br>    Plaintiff<br><br>v.<br><br>BIOMET, INC., et al.,<br><br>    Defendants | Case No.: 2:19-cv-01691-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

In April 2020, the parties informed the court they had reached a settlement, but no stipulation of dismissal has been filed.

I THEREFORE ORDER that by November 17, 2020, the parties shall file either a stipulation of dismissal or a status report. The failure to do so will result in dismissal of this case.

DATED this 2nd day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE