**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
tarifa.laddon@faegredrinker.com
KAREN M. FIRSTENBERG (*Pro Hac Vice*)
karen.firstenberg@@faegredrinker.com
THEODORE O'REILLY (*Pro Hac Vice*)
theodore.oreilly@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone:   (310) 203-4000
Facsimile:   (310) 229-1285

Attorneys for Defendants
BIOMET ORTHOPEDICS, LLC;
BIOMET, INC.; BIOMET MANUFACTURING
CORP. and BIOMET U.S. RECONSTRUCTION, LLC

**CAREY DANIS & LOWE**
ANDREW J. CROSS *(pro hac vice)*
across@careydanis.com
8235 Forsyth Blvd. Ste. 1100
Clayton, MO 63105
Telephone:   (314) 725-7700
Facsimile:   (314) 678-3401

Attorneys for Plaintiff
SCOTT NICOLAISEN

(Additional attorneys on the following page)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT NICOLAISEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; and BIOMET MANUFACTURING CORP.<br><br>            Defendants. | Case No.: 2:19-cv-01691-APG-EJY<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:   January 22, 2018<br>Transferred:          September 30, 2019 |

- 1 -

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS
(Nevada Bar No. 000390)
*lsanders@alversontaylor.com*
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV  89149
Telephone:   (702) 384-7000
Facsimile:   (702) 385-7000

Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS, LLC;
BIOMET U.S. RECONSTRUCTION, LLC; and
BIOMET MANUFACTURING CORP.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN**
DON SPRINGMEYER
*dspringmeyer@wrslawyers.com*
DOUGLAS M. COHEN
*dcohen@wrslawyers.com*
JORDAN J. BUTLER
*jbutler@wrslawyers.com*
3556 E. Russell, 2nd Floor
Las Vegas, NV 89120
Telephone:   (702) 341-5200
Facsimile:   (702) 341-5300

Attorneys for Plaintiff SCOTT NICOLAISEN

Plaintiff Scott Nicolaisen ("Plaintiff") and Defendants Biomet, Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; and Biomet Manufacturing Corp. (collectively, "Biomet," and together with Plaintiff, the "Parties"), stipulate that all claims in this lawsuit are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: November 17, 2020   **FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Theodore O'Reilly*
TARIFA B. LADDON
KAREN M. FIRSTENBERG
THEODORE O'REILLY

Attorney for Defendants
BIOMET ORTHOPEDICS, LLC; BIOMET, INC.; BIOMET MANUFACTURING CORP. and BIOMET U.S. RECONSTRUCTION, LLC

Dated: November 17, 2020   **CAREY DANIS & LOWE**

By: /s/ *Andrew J. Cross*
ANDREW J. CROSS

Attorney for Plaintiff SCOTT NICOLAISEN

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing pleading or paper was sent via electronic service on November 17, 2020, to the following attorneys of record:

Don Springmeyer
Jordan Butler
WOLF, RIFKIN, SHAPIRO, SCHULMAN
& RABKIN, LLP
3556 East Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

Andrew J. Cross
Jeffrey J. Lowe
CAREY DANIS & LOWE
8235 Forsyth Blvd., Suite 1100
Clayton, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 678-3401

　　　　　　　　　　　　　*/s/ Amy L. Fleschert*
　　　　　　　　　　　　　Amy L. Fleschert

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT NICOLAISEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; and BIOMET MANUFACTURING CORP.<br><br>            Defendants. | Case No.: 2:19-cv-01691-APG-EJY<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:   January 22, 2018<br>Transferred:           September 30, 2019 |

Having considered Plaintiff Scott Nicolaisen and Defendants Biomet, Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; and Biomet Manufacturing Corp.'s Joint Stipulation of Dismissal Without Prejudice, this Court **HEREBY GRANTS** the stipulation and dismisses this case, without prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: November 17, 2020

HON. ANDREW P. GORDON

# CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing pleading or paper was sent via electronic service on November 17, 2020, to the following attorneys of record:

Don Springmeyer
Jordan Butler
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 East Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

Andrew J. Cross
Jeffrey J. Lowe
CAREY DANIS & LOWE
8235 Forsyth Blvd., Suite 1100
Clayton, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 678-3401

/s/    *Amy L. Fleschert*
Amy L. Fleschert