**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
tarifa.laddon@faegredrinker.com
THEODORE O'REILLY (*Pro Hac Vice*)
theodore.oreilly@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:	(310) 203-4000
Fax:	(310) 229-1285

Attorneys for Defendants
BIOMET ORTHOPEDICS, LLC;
BIOMET, INC.; BIOMET MANUFACTURING
CORP. and BIOMET U.S. RECONSTRUCTION, LLC

**CAREY DANIS & LOWE**
ANDREW J. CROSS *(pro hac vice)*
across@careydanis.com
8235 Forsyth Blvd. Ste. 1100
Clayton, MO 63105
Telephone:	(314) 725-7700
Facsimile:	(314) 678-3401

Attorneys for Plaintiff
SCOTT NICOLAISEN

(Additional attorneys on the following page)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT NICOLAISEN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC and BIOMET MANUFACTURING CORP.,<br><br>　　　　　　　Defendants. | Case No.: 2:19-CV-01691-APG-EJY<br><br>Honorable Andrew P. Gordon<br>Magistrate Judge Elayna J. Youchah<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and [PROPOSED] ORDER**<br><br>Action Filed:　　January 22, 2018<br>Date Transferred:　September 6, 2018 |

1  **ALVERSON TAYLOR & SANDERS**
   LEANN SANDERS
2  (Nevada Bar No. 000390)
   lsanders@alversontaylor.com
3  6605 Grand Montecito Parkway, Suite 200
   Las Vegas, NV  89149
4  Telephone:    (702) 384-7000
   Facsimile:     (702) 385-7000
5
   Attorneys for Defendants
6  BIOMET, INC.; BIOMET ORTHOPEDICS, LLC;
   BIOMET U.S. RECONSTRUCTION, LLC; and
7  BIOMET MANUFACTURING CORP.

8  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN**
   DON SPRINGMEYER
9  dspringmeyer@wrslawyers.com
   DOUGLAS M. COHEN
10 dcohen@wrslawyers.com
   JORDAN J. BUTLER
11 jbutler@wrslawyers.com
   3556 E. Russell, 2nd Floor
12 Las Vegas, NV 89120
   Telephone:    (702) 341-5200
13 Facsimile:     (702) 341-5300

14 Attorneys for Plaintiff
   SCOTT NICOLAISEN

- 2 -

Plaintiff Scott Nicolaisen and Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, and Biomet Manufacturing Corp. stipulate that all claims in this lawsuit are hereby dismissed **with prejudice**. Each party shall bear its own costs and attorneys' fees.

Dated: February 11, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Theodore O'Reilly*
TARIFA B. LADDON
THEODORE O'REILLY

Attorney for Defendants
BIOMET ORTHOPEDICS, LLC; BIOMET, INC.; BIOMET MANUFACTURING CORP. and BIOMET U.S. RECONSTRUCTION, LLC

Dated: February 11, 2021

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: */s/ Douglas M. Cohen*
DOUGLAS M. COHEN
JORDAN J. BUTLER
DON SPRINGMEYER

Attorney for Plaintiff
SCOTT NICOLAISEN

## ORDER

Pursuant to Stipulation.

**IT IS SO ORDERED.**

DATED: February 12, 2021

Hon. Andrew P. Gordon
United States District Judge

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing pleading or paper was sent via electronic service on February 11, 2021, to the following attorneys of record:

Don Springmeyer
Jordan Butler
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 East Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

Andrew J. Cross
Jeffrey J. Lowe
CAREY DANIS & LOWE
8235 Forsyth Blvd., Suite 1100
Clayton, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 678-3401

/s/ Rosie Garcia-Zapatero
Rosie Garcia-Zapatero